IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DAVID FERNANDEZ, JIM AKASALA, : 
AND JOSEPH SCUTTS, Individually and on : Case No. 12-CV-7193 (PKC)
Behalf of All Others Similarly Situated, :
:
       Plaintiffs, :
:
  -against- :
:
WELLS FARGO BANK, N.A., WELLS :
FARGO & COMPANY, AND WFC :
HOLDINGS CORPORATION, :
:
       Defendants. :
:
------------------------------------------------------- X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JOSEPH SCUTTS, DAVID FERNANDEZ, :
AND JIM AKASALA, Individually and on : Case No. 12-CV-7194 (PKC)
Behalf of All Others Similarly Situated, :
:
       Plaintiffs, :
:
  -against- :
:
WACHOVIA CORP., WACHOVIA BANK, :
N.A., WELLS FARGO BANK, N.A., :
WELLS FARGO & COMPANY, AND WFC :
HOLDINGS CORPORATION, :
:
       Defendants. :
:
------------------------------------------------------- X

**DEFENDANTS' APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND FLSA CONDITIONAL CERTIFICATION**

**<u>INDEX TO APPENDIX</u>**

13944019v.1

| EXHIBIT | DESCRIPTION |
|:---:|---|
| A | Depositions Of Plaintiffs<br>1. Deposition Of Jim Akasala<br>2. Deposition Of David Fernandez<br>3. Deposition Of Joseph Scutts |
| B | Depositions Of Defendants' Corporate Representatives<br>1. Deposition Of Teresa Swanson<br>2. Deposition Of Constantine "Nino" Santiano<br>3. Deposition Of Tracy Kidd<br>4. Deposition Of Tom DeBesse |
| C | Declaration Of Christine Smith (*some attachments omitted*)<br>2. Excerpts From Wells Fargo's 2011 Team Member Handbook<br>3. Excerpts From Wells Fargo's 2011 FLSA Training Guide<br>4. Excerpts From Wells Fargo's "Managing Within The Law" Training Guide<br>5. Sample Schedules From Akasala's Branch<br>6. Sample Schedules From Scutts' Branch |
| D | Declaration Of Tracy Alexander<br>1. Offer Of Employment Letter Of Andrea Sasso-Jeeves<br>2. Offer Of Employment Letter Of Josh Berengut<br>3. Offer Of Employment Letter Of Steven Thomas<br>4. Offer Of Employment Letter Of Jon Racow<br>5. Offer Of Employment Letter Of David Fernandez<br>6. Offer Of Employment Letter Of Joseph Scutts |
| E | Declaration Of Delvin Bryant (November 14, 2011) (*attachments omitted*) |
| F | Declaration Of Delvin Bryant (November 16, 2011) |
| G | Declaration Of Tracy Kidd (July 16, 2012) (*some attachments omitted*)<br>1. FLSA Q&As<br>9. Salaried with Overtime Questions & Answers<br>10. Incentive Compensation Plan Applicable In 2000<br>11. Incentive Compensation Plan Applicable In 2008<br>12. Survey For Scheduling Practices And Survey Results<br>17. FLSA Video Broadcast Script<br>19. Excerpt From October 2000 FLSA Training For Financial Specialist Leaders |
| H | Declaration Of Tracy Kidd (May 18, 2012) |
| I | Declaration Of Meg Maloney |

2

13944019v.1

| EXHIBIT | DESCRIPTION |
|---|---|
| J | Declaration Of Shawn DeNicholas |
| | 1. Time And Labor My Time Presentation |
| | 2. My Time Pay Rules Document |
| | 3. Manager Conference Call: Get Ready for My Time Presentation |
| | 4. Excerpts From My Time Reference Material |
| | 5. System Set-up Instructions |
| | 6. FS Cash Compensation History Document |
| K | Declaration Of Scott Jackson |
| | 1. Wachovia 2008 Performance Evaluation For Jim Akasala |
| | 2. Wachovia 2008 Year-End Scorecard For Jim Akasala |
| | 3. Wachovia 2008 Performance Evaluation For Joseph Scutts |
| | 4. Wachovia 2008 Mid-Year And Year-End Scorecards For Joseph Scutts |
| | 5. Wachovia 2008 Performance Evaluation For David Fernandez |
| | 6. Wachovia 2008 Mid-Year And Year-End Scorecards For David Fernandez |
| | 7. Wachovia 2008 Performance Evaluation For Osvaldo Lee |
| | 8. Wachovia 2008 Mid-Year And Year-End Scorecards For Osvaldo Lee |
| | 9. Wachovia 2008 Scorecard Documentation |
| | 10. Wachovia 2008 Sales Goals Documentation |
| | 11. Wachovia 2008 Sales Goals Setting Timeline Documentation |
| | 12. Wachovia 2008 Performance Management Process Documentation |
| | 13. Wachovia 2008 De Novo Financial Center Documentation |
| | 14. Wachovia 2008 Retail Goal Summary Documentation |
| | 15. Wells Fargo 2010 Actual & 2011 Proposed Sales Goal Documentation |
| L | Declaration Of Teresa Swanson |
| | 1. Example Of Time Tracker Certification |
| | 2. Example Of Webtime Certification |
| M | Declaration Of Mary D. Evans |
| | 1. Excerpts From My Time Online Resource Guide |
| | 2. Wachovia's Dispute Resolution Policy |
| | 3. Coaching And Support For All Employees And Managers |
| | 4. Your Source For HR Advice And Consulting |
| | 5. Excerpts From 2007 Wells Fargo Handbook For Team Members |
| | 6. Excerpts From 2008 Wells Fargo Handbook For Team Members |
| | 7. Excerpts From 2009 Wells Fargo Handbook For Team Members |

13944019v.1

| EXHIBIT | DESCRIPTION |
|---|---|
|  | 8. Excerpts From 2010 (February) Wells Fargo Handbook For Team Members |
|  | 9. Excerpts From 2010 (September) Wells Fargo Handbook For Team Members |
|  | 10. Excerpts From 2011 Wells Fargo Handbook For Team Members |
|  | 11. FSL Training Handout No. 4, First Union's Core Values |
|  | 12. FSL Training Handout No. 5, Managing Overtime — A Phased Approach |
|  | 13. FSL Training Handout No. 6, Salaried With Overtime Questions & Answers For Managers |
|  | 14. FSL Training Handout No. 7, Talking Points About Managing Overtime |
|  | 15. FSL Training Handout No. 8, The Evolving Skills Of A Top Performing Financial Specialist |
|  | 16. FSL Training Handout No. 9, Ideals From Highly Efficient Financial Specialists |
|  | 17. FSL Training Handout No. 10, Tips For Successful FSLs |
|  | 18. Agenda And Talking Points To Accompany FLSA Video |
|  | 19. Excerpts From My Time For Managers |
|  | 20. Excerpts From My Time Records For David Fernandez |
|  | 21. Excerpts From Webtime Records For David Fernandez |
|  | 22. Excerpts From Payroll Records For David Fernandez |
|  | 23. PeopleSoft Records For Osvaldo Lee |
|  | 24. Excerpts From My Time Records For Osvaldo Lee |
|  | 25. Excerpts From Webtime Records For Osvaldo Lee |
|  | 26. Excerpts From Time Tracker Records For Osvaldo Lee |
|  | 27. Excerpts From Payroll Records For Osvaldo Lee |
|  | 28. Excerpts From Webtime Records For Jim Akasala |
|  | 29. Excerpts From Payroll Records For Jim Akasala |
|  | 30. Excerpts From Webtime Records For Joseph Scutts |
|  | 31. Excerpts From Time Tracker Records For Joseph Scutts |
|  | 32. Excerpts From Payroll Records For Joseph Scutts |
| N | Declarations From Former New York Wachovia Financial Specialists<br>1. Declaration Of Andrew Malhotra<br>2. Declaration Of Charles Schuler<br>3. Declaration Of Deborah Raukohl<br>4. Declaration Of Giovanni Grande<br>5. Declaration Of John Gurba |

| EXHIBIT | DESCRIPTION |
|---|---|
| | 6. Declaration Of John Zuzulo |
| | 7. Declaration Of Josh Berengut |
| | 8. Declaration Of Michael Nelson |
| | 9. Declaration Of Steven Thomas |
| | 10. Declaration Of Yassaman Hashemi |
| O | Charts Comparing Experiences Of Former New York Wachovia Financial Specialist Based On Declaration Testimony |
| | 1. Comparison Among Declarants Regarding Number Of Hours Scheduled And Worked |
| | 2. Statements By Declarants Regarding Overtime Compensation |
| | 3. Statements By Declarants Regarding Salaried With Overtime Compensation |
| | 4. Comparison Among Declarants Regarding Call Nights |
| | 5. Comparison Among Declarants Regarding Opening Procedures |
| | 6. Comparison Among Declarants Regarding Closing Procedures |
| | 7. Comparison Among Declarants Regarding Lunch Breaks |
| | 8. Comparison Among Declarants Regarding Offsite Marketing |
| | 9. Comparison Among Declarants Regarding Conference Calls And Meetings |
| | 10. Statements By Declarants Regarding Timekeeping Policies And Procedures |
| | 11. Statements By Declarants Regarding Performance Goals |
| P | Declarations From Wells Fargo Personal Bankers |
| | 1. Declaration Of Alexandra Portillo |
| | 2. Declaration Of Amy Lineberry |
| | 3. Declaration Of Anaida Gonzalez |
| | 4. Declaration Of Andrea Williams |
| | 5. Declaration Of Andrew Malhotra |
| | 6. Declaration Of Annie Coppins |
| | 7. Declaration Of Anthony Moccia |
| | 8. Declaration Of Anthony Ryan Vargas |
| | 9. Declaration Of Ariana Anguiano |
| | 10. Declaration Of Aysha Sykes |
| | 11. Declaration Of Caitlyn Brown |
| | 12. Declaration Of Carlos Alicia |
| | 13. Declaration Of Charles Schuler |

13944019v.1

| EXHIBIT | DESCRIPTION |
|---|---|
| | 14. Declaration Of Danilsa Rosario |
| | 15. Declaration Of David Sandak |
| | 16. Declaration Of Deborah Raukohl |
| | 17. Declaration Of Desmond Perry |
| | 18. Declaration Of Diego Luis Cabrera |
| | 19. Declaration Of Francine Coombs |
| | 20. Declaration Of Giovanni Grande |
| | 21. Declaration Of Harold Moran |
| | 22. Declaration Of John Gurba |
| | 23. Declaration Of John Zuzulo |
| | 24. Declaration Of Joseph Barbuto |
| | 25. Declaration Of Josh Berengut |
| | 26. Declaration Of Keon Miller |
| | 27. Declaration Of Kim Chan |
| | 28. Declaration Of Michael Nelson |
| | 29. Declaration Of Moshin Khawaja |
| | 30. Declaration Of Patricia Izzo |
| | 31. Declaration Of Rohini Bedasie |
| | 32. Declaration Of Ryan Theriault |
| | 33. Declaration Of Sherri Walls |
| | 34. Declaration Of Steven Thomas |
| | 35. Declaration Of Tod Davies |
| | 36. Declaration Of Viet Nguyen |
| | 37. Declaration Of William Hand |
| | 38. Declaration Of Yliana Miller |
| | 39. Declaration Of Zaretha Brown |
| Q | Charts Comparing Experiences Of Wells Fargo Personal Bankers Based On Declaration Testimony |
| | 1. Comparison Among Declarants Regarding Different Wells Fargo Branches Worked |
| | 2. Comparison Among Declarants Regarding Number Of Hours Scheduled And Actual Hours Worked |
| | 3. Statements By Declarants Regarding Overtime Compensation |
| | 4. Comparison Among Declarants Regarding Call Nights |
| | 5. Comparison Among Declarants Regarding Opening Procedures |

13944019v.1

| EXHIBIT | DESCRIPTION |
|---|---|
| | 6. Comparison Among Declarants Regarding Closing Procedures |
| | 7. Comparison Among Declarants Regarding Lunch Breaks |
| | 8. Comparison Among Declarants Regarding Offsite Marketing |
| | 9. Comparison Among Declarants Regarding Conference Calls And Meetings |
| | 10. Statements By Declarants Regarding Timekeeping Policies And Procedures |
| | 11. Statements By Declarants Regarding Performance Goals |
| R | Relevant Documents From *Richardson* (*Richardson v. Wells Fargo Bank*, N.A., No. 4:11-cv-00738 (S.D. Tex. 2011)) And *Switzer* (*Switzer v. Wachovia Corp.*, No. 4:11-cv-01604 (S.D. Tex. 2011)) Cases |
| | 1. Original Complaint From *Richardson* |
| | 2. Original Complaint From *Switzer* |
| | 3. *Richardson* Order |
| | 4. Transcript of Status Conference In *Switzer* Before The Honorable Nancy F. Atlas |
| | 5. Akasala's *Switzer* Declaration |
| | 6. Fernandez's *Switzer* Declaration |
| | 7. Akasala's *Richardson* Declaration |
| | 8. Scutts' *Richardson* Declaration |
| | 9. Fernandez's *Richardson* Declaration |
| | 10. *Switzer* August 24, 2012 Memorandum And Order |

Dated: Houston, Texas  
March 11, 2013

SEYFARTH SHAW LLP

By: /s/ Timothy M. Watson
Timothy M. Watson (pro hac vice)
twatson@seyfarth.com
Esteban Shardonofsky (pro hac vice)
sshardonofsky@seyfarth.com
700 Louisiana Street, Suite 3700
Houston, Texas  77002-2797
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

ATTORNEYS FOR DEFENDANTS

13944019v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2013, a true and correct copy of the foregoing was served upon the counsel of record listed below by the United States District Court for the Southern District of New York's CM/ECF electronic filing system, which sent notification of such filing to all parties registered to receive notice via that service, including Plaintiffs' counsel of record listed below.

    Rhonda H. Wills
    Wills Law Firm
    1776 Yorktown, Suite 600
    Houston, Texas 77056

    John M. Padilla
    Padilla, Rodriguez & De La Garza, L.L.P.
    1776 Yorktown, Suite 110
    Houston, Texas 77056

    Michael Raymond DiChiara
    Krakower DiChiara LLC
    One Depot Square
    77 Market Street, Suite 2
    Park Ridge, NJ 07656

                                                      /s/ Timothy M. Watson
                                                      Timothy M. Watson