IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
DAVID FERNANDEZ, JIM AKASALA,           :
JOSEPH SCUTTS, ROBERT LONGO,            :  Case No. 12-CV-7193 (PKC)
AND OSVALDO V. LEE, III,                :
                                        :
            Plaintiffs,                 :
                                        :
    -against-                           :
                                        :
WELLS FARGO BANK, N.A., WELLS           :
FARGO & COMPANY, AND WFC                :
HOLDINGS CORPORATION,                   :
                                        :
            Defendants.                 X


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JOSEPH SCUTTS, DAVID FERNANDEZ,         :  Case No. 12-CV-7194 (PKC)
JIM AKASALA, ROBERT LONGO,              :
OSVALDO V. LEE, III AND FARHAN          :
HAROON,                                 :
                                        :
            Plaintiffs,                 :
                                        :
    -against-                           :
                                        :
WACHOVIA CORP., WACHOVIA                :
BANK, N.A., WELLS FARGO BANK,           :
N.A., WELLS FARGO & COMPANY,            :
AND WFC HOLDINGS CORPORATION,           :
                                        :
            Defendants.                 X

**DECLARATION OF RHONDA H. WILLS**

-1-

1. My name is Rhonda H. Wills. I am over the age of eighteen years, capable of making this declaration, and fully competent to testify to the matters stated here due to my position, experience, and personal knowledge. I have personal knowledge of the facts stated, and they are true.

2. I was retained, along with my law firm (WILLS LAW FIRM, PLLC), by Plaintiffs David Fernandez, Jim Akasala, Joseph Scutts, Robert Longo, Osvaldo V. Lee, III, and Farhan Haroon (collectively, "Plaintiffs") to represent them in the above-referenced matter. I have been assisted in my representation of Plaintiffs by co-counsel, John M. Padilla (PADILLA & RODRIGUEZ, LLP), and Michael R. DiChiara (KRAKOWER DICHIARA, LLC) (collectively, "Plaintiffs' counsel").

3. I am the founding member of WILLS LAW FIRM, PLLC. I am a 1994 graduate of the University of Texas School of Law, and I have a B.B.A. in international business from the University of Texas at Austin. I have been licensed to practice in Texas since 1994, and since that time I have been a member of the State Bar of Texas in good standing. I am admitted to practice before all Texas state courts, the Southern District of Texas, the Western District of Texas, the Fifth Circuit Court of Appeals, and the United States Supreme Court. I have also appeared *pro hac vice* as lead counsel in cases pending in the Southern District of New York, the Northern District of California and the Eastern District of Louisiana. Before founding WILLS LAW FIRM, PLLC in 2003, I practiced at VINSON & ELKINS L.L.P. for almost 8 years following a one year judicial clerkship with the Supreme Court of Texas as a briefing attorney.

4. In the past almost 20 years of practicing law, among other things, I have specialized in employment litigation and complex multi-party litigation, including national and statewide class actions and collective actions brought under the Fair Labor Standards Act ("FLSA").

5.     While at VINSON & ELKINS, I handled complex class actions representing defendants in various jurisdictions, including Texas, South Carolina, Tennessee, New Jersey, Florida, Alabama, the U.S. Virgin Islands, and Canada. Further, I was a senior member of the litigation team involved in representing an international company in conjunction with a $1 billion class action settlement fund.

6.     At the WILLS LAW FIRM, I have focused my practice on representing plaintiffs in nationwide and statewide FLSA collective actions and class actions. I have successfully resolved multiple cases that have been certified by federal courts on a nationwide and statewide basis. Since 2008, I have appeared as lead counsel in more than 40 wage and hour matters in federal and state courts nationwide, including matters that have been certified on a state and/or nationwide basis. A representative list of the wage and hour matters in which I currently or have previously served as lead counsel includes, but is not limited to, the following:

- *In re: Wells Fargo Wage and Hour Employment Practices Litigation (No. III)*, MDL Case No. 4:11-md-2266 ($15 million settlement for the claims of over 4400 Wells Fargo mortgage consultants nationwide in a FLSA collective action; appointed by court as national Lead Counsel in MDL proceeding) (J. Miller)

- *McNeill, et al., v. Wells Fargo Bank, N.A.*, Civil Action No. 4:11-cv-01400, In the United States District Court for the Southern District of Texas, Houston Division (confidential settlement; FLSA off-the-clock case involving Wells Fargo tellers) (J. Miller)

- *McNeill, et al., v. Wachovia Corporation, et al.*, Civil Action No. 4:11-cv-01401, In the United States District Court for the Southern District of Texas, Houston Division (confidential settlement; FLSA off-the-clock case involving Wachovia tellers) (J. Rosenthal)

- *Richardson, et al., v. Wells Fargo Bank, N.A.*, Civil Action No. 4:11-cv-00738, In the United States District Court for the Southern District of Texas, Houston Division (off-the-clock FLSA violations re Wells Fargo personal bankers; confidential settlement) (J. Atlas)

- *Switzer, et al., v. Wachovia Corporation, et al.,* Civil Action no. 4:11-cv-01604, In the United States District Court for the Southern District of Texas, Houston Division (confidential settlement in case involving FLSA off-the-clock violations re Wachovia financial specialists) (J. Atlas)

- *Richard, et al., v. ViewPoint Bank, et al.,* Civil Action No. 4:11-cv-00846, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re mortgage loan officers) (confidential settlement; FLSA matter) (J. Lake)

- *Salto, et al., v. Ameripro Funding, Inc.,* Civil Action No. 1:11-cv-00289-SS, In the United States District Court for the Western District, Austin Division (confidential settlement; FLSA matter) (J. Sparks)

- *Bethea, et al., v. 360 Mortgage Group, LLP,* Civil Action No. 1:11-cv-921-SS, In the United States District Court for the Western District, Austin Division (FLSA collective action re mortgage loan officers) (confidential settlement) (J. Sparks)

- *Valladares, et al., v. Priority Home Mortgage, LP, et al.,* Civil Action No. 3:11-cv-00114, In the United States District Court for the Southern District of Texas, Galveston Division (confidential settlement; FLSA matter) (J. Hoyt)

- *Mote v. Perry Homes, A Joint Venture, et al.,* Civil Action No. 1:09-cv-00553-LY, In the United States District Court for the Western District, Austin Division (confidential settlement; FLSA matter) (J. Yeakel)

- *Villegas v. Regions Bank, et al.,* Civil Action No. 4:11-cv-00904, In the United States District Court for the Southern District of Texas, Houston Division (FLSA action re mortgage loan officer) (confidential settlement) (J. Rosenthal)

- *Vangelakos, et al. v. Wells Fargo Bank, N.A., et al.,* Civil Case No. 1:13-cv-06574, In the United States District Court Southern District of New York (off-the-clock wage and hour violations) (J. Castel)

- *Fernandez, et al. v. Wells Fargo Bank, N.A., et al.,* Civil Action No. 12-cv-7193, In the United States District Court for the Southern District of New York (off-the-clock wage and hour violations) (J. Castel)

- *Scutts, et al. v. Wachovia Corporation, et al.,* In the United States District Court Southern District of New York (off-the-clock wage and hour violations) (J. Castel)

- *Perez, et al., v. Wells Fargo & Company, et al.,* Civil Action No. 3:14-cv-00989, In the United States District Court for the Northern District of California (Rule 23 class action and FLSA collective action)

- *Canela, et al., v. HEB Grocery Company, LP, et al.,* Civil Action No. 1:10-cv-0078-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action; confidential settlement) (J. Yeakel)

- *Fructuoso, et al., v. HEB Grocery Company, LP, et al.,* Civil Action No. 1:10-cv-00951-LY, In the United States District Court for the Western District, Austin Division (FLSA collective action; confidential settlement) (J Yeakel)

- *Rueda, et al., v. Tecon Services, Inc.,* Civil Action No. 4:10-cv-04937, In the United States District Court for the Southern District of Texas, Houston Division (conditionally certified FLSA collective action; confidential settlement) (J. Rosenthal)

- *Gonzalez, et al., v. Ridgewood Landscaping, Inc.,* Civil Action No. 4:09-cv-02992, In the United States District Court for the Southern District of Texas, Houston Division (conditionally certified FLSA collective action; confidential settlement) (J. Rosenthal)

- *Willis, et al., v. Perry Homes, et al.,* Civil Action No. 1:09-cv-00799-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action; confidential settlement) (J. Yeakel)

- *Sandberg, et al., v. Perry Homes, et al.,* Civil Action No. 1:09-cv-00763-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action; confidential settlement) (J. Yeakel)

- *Self v. Meritage Home Corporation, et al.,* Civil Action No. 3:11-cv-00070, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA misclassification case) (J. Costa)

- *Hughes v. The Ryland Group, Inc. et al.,* Civil Action No. 3:11-cv-00203, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA matter; confidential settlement)

- *Gillum, et al., v. Acuity Healthcare, LP,* Civil Action No. 4:11-cv-391 (FLSA collection action re healthcare workers; confidential settlement) (J. Atlas)

- *Carman, et al., v. Meritage Homes Corporation, et al.,* Civil Action No. 4:11-cv-01824, In the United States District Court for the Southern District of Texas, Houston Division (FLSA off-the-clock violations) (J. Hoyt)

- *McCarragher, et al., v. The Ryland Group, Inc. et al.,* Civil Action No. 4:11-cv-00055, In the United States District Court for the Southern District of Texas, Galveston Division (conditionally certified FLSA collective action; confidential settlement) (J. Costa)

- *Bejenaru, et al v. KB Home, et al.*, Case No. BC521236, In the Superior Court of the State of California, County of Los Angeles, Civil Central West (California wage and hour class action) (J. Freeman)

- *Edwards, et al. v. KB Home,* Civil Action No. 3:11-cv-00240, In the United States District Court for the Southern District of Texas, Galveston Division (conditionally certified FLSA collective action) (J. Costa)

- *Lipnicki, et al., v. Meritage Homes Corporation, et al.,* Civil Action No. 3:11-cv-00605, In the United States District Court for the Southern District of Texas, Galveston Division (conditionally certified FLSA collective action) (J. Costa)

- *White-Yeldell v. Lennar Corporation, et al.,* Civil Action No. 4:08-cv-03743, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action; confidential settlement) (J. Gilmore)

- *Carter, et al., v. Lennar Corporation, et al.,* Civil Action No. 4:08-cv-03790, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action; confidential settlement) (J. Atlas)

- *Sam, et al., v. Lennar Corporation, et al.,* Civil Action No. 4:09-cv-00565, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (confidential settlement; FLSA matter) (J. Gilmore)

- *Alvarado, et al., v. Shipley Donut Flour & Supply Co., Inc.,* Civil Action No. 4:08-cv-02111, In the United States District Court for the Southern District of Texas, Houston Division (confidential settlement; FLSA matter) (J. Atlas)

- *Ramirez, et al., v. Gigi Huang Restaurant, Ltd, et al.,* Civil Action No. 4:09-cv-02649, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (confidential settlement; FLSA matter)

- *Blake v. Hewlett-Packard Company,* Civil Action No. 4:11-cv-00592, In the United States District Court for the Southern District of Texas, Houston Division (J. Harmon) (FLSA misclassification case)

- *Parker, et al. v. Silverleaf Resorts, Inc., et al.,* Civil Action No.: 3:14-cv-00085, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action) (J. Costa)

- *Green, et al. v. Askew & Workers Construction, Inc.,* Civil Action No. 3:14-cv-125, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action) (J. Costa)

7. As discussed above, I have been lead counsel in numerous other wage and hour matters, including a nationwide MDL collective action with thousands of plaintiffs and opt-in plaintiffs. As a result of the extensive analysis conducted by Plaintiffs' counsel in this case and my experience with similar settlements, I believe that this settlement is fair, reasonable and adequate in light of the potential damages and the strengths and potential weaknesses of the case. The settlement makes available significant monetary benefits to the Plaintiffs without increased expenses, the risks of trial and appellate proceedings, and the general uncertainties of litigation. Further supporting the arms-length negotiations here is that the parties participated in two separate mediations with two different mediators before reaching a resolution.

8. Litigation of the Plaintiffs' claims has been vigorously contested and was resolved only after considerable negotiation and compromise by both parties. In my judgment and experience, in view of the inherent uncertainty, delay, and expense of further proceedings in this case, including trial, and appeals, I believe the settlement is in the best interests of the Plaintiffs.

9. I, along with the other attorneys and staff of WILLS LAW FIRM, PLLC, have performed substantial work on behalf of the Plaintiffs in the prosecution of this matter. Our work includes, but is not limited to, the following categories: participating in client meetings and telephone conferences; participating in meetings and telephone conferences with opposing counsel and co-counsel; drafting pleadings, motions, and other legal documents; reviewing, analyzing and indexing thousands of pages of documents produced in discovery; responding to discovery requests; attending and preparing for depositions; conducting extensive legal research on complex legal issues; attending hearings; preparing for and attending mediations; drafting and responding

to correspondence, including emails; and performing damage calculations for Plaintiffs, among other tasks.

10. These matters, *Fernandez* and *Scutts*, have at all times been pursued on a fully contingent basis; Plaintiffs' counsel would have received no amount for costs, expenses, or professional services rendered unless the cases succeeded. To date, Plaintiffs' counsel have not received any compensation or reimbursement for time or expenses incurred in these proceedings. Plaintiffs' counsel have expended substantial time, litigation expenses and costs in litigating these cases.

11. WILLS LAW FIRM, PLLC has devoted 669.75 hours of professional time to the prosecution of this matter as detailed below. Based on the application of reasonable hourly rates, the value of WILLS LAW FIRM, PLLC'S professional time is an aggregate $248,250.00. The hours, attendant rates and aggregate value for WILLS LAW FIRM, PLLC in this matter are as follows:

| NAME | RATE | HOURS | LODESTAR |
|---|---|---|---|
| ATTORNEYS: | | | |
| RHONDA H. WILLS (LEAD COUNSEL) | $550 | 368.50 | $202,675.00 |
| ANTHONY C. WILLS (PARTNER) | $475 | 32.25 | $15,318.75 |
| GENEVIEVE ESTRADA (ASSOCIATE) | $200 | 72.25 | $14,550.00 |
| LAW CLERKS: | $100 | 38.00 | $3,800.00 |
| PARALEGALS: | $75 | 158.75 | $11,906.25 |
| TOTAL | | 669.75 | $248,250.00 |

12. These calculations were compiled from time records regularly prepared and maintained by WILLS LAW FIRM, PLLC in the ordinary course of business. All of the services performed by WILLS LAW FIRM, PLLC were reasonably necessary in the prosecution of this action.

13. A copy of the curriculum vitae of Anthony C. Wills and Genevieve B. Estrada are attached hereto as Exhibit 1.

14. WILLS LAW FIRM, PLLC's billing rates are fair and reasonable and are commensurate with hourly rates of lawyers with similar experience handling complex litigation matters.

15. The schedule attached hereto as Exhibit 2 is a summary indicating the costs and expenses incurred by WILLS LAW FIRM, PLLC in this matter. All of these expenses were reasonable and necessary to the prosecution of this matter.

16. The global settlement amount in this matter under the terms of the settlement agreement is $425,000.00. Under the terms of the settlement, those amount are to be distributed as described in paragraphs 17 and 18.

17. Under the terms of the settlement, Plaintiffs' counsel (including all three firms) will receive a total sum of $170,000 in attorneys' fees. Moreover, under the settlement terms, a total sum of $65,000 is to be paid as reimbursement for the litigation expenses and costs incurred by all Plaintiffs' counsel in this matter (including my firm and Mr. Padilla's firm).

18. In addition to the amounts being paid to Plaintiffs' counsel as described in paragraph 17, under the terms of the settlement, the total gross amount that Defendants have agreed to pay directly to each of the Plaintiffs is as follows:

| | |
|---|---|
| David Fernandez: | $35,186.43 |
| Jim Akasala: | $36,570.47 |
| Joseph Scutts: | $41,628.14 |
| Robert Longo: | $21,343.50 |
| Osvaldo V. Lee, III: | $29,102.68 |
| Farhan Haroon: | $26,168.78 |

19.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 17, 2014

*Rhonda H. Wills* (signature)
Rhonda H. Wills

| | |
|---|---|
| David Fernandez: | $35,186.43 |
| Jim Akasala: | $36,570.47 |
| Joseph Scutts: | $41,628.14 |
| Robert Longo: | $21,343.50 |
| Osvaldo V. Lee, III: | $29,102.68 |
| Farhan Haroon: | $26,168.78 |

19.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 17, 2014

*/s/ Rhonda H. Wills*
Rhonda H. Wills

# EXHIBIT 1

## to

## Declaration of Rhonda H. Wills

# ANTHONY C. WILLS
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, TX 77056
(713) 528-4455 (Direct Dial)
(713) 528-2047 (Facsimile)

## Experience

**2/2012 - present**     **Wills Law Firm, PLLC**     Houston, TX
*Partner*
- Practice includes employment litigation with an emphasis on wage and hour litigation.

**3/2004 – 2/2012**     **Marathon Oil Corporation**     Houston, TX
*Senior Attorney, Corporate & Finance*
- Drafted No-Action Letters regarding Special Shareowner Meetings and Simple Majority Voting.
- Assist with providing legal support on corporate governance and SEC compliance issues.
- Assist with the review and filing of press releases and periodic reports, including Form 10-Ks, 10-Qs, and 8-Ks.
- Coordinator of contingent liability report updates and legal representation letters to external auditors.
- Lead attorney for providing legal advice regarding UCC cash and bank transactions including bank agreements, loan agreements, ISDAs, letters of credit and guarantees.
- Lead attorney for bankruptcy matters.
- Lead attorney for $3.0 billion five year revolving credit facility for Marathon Oil Corporation.
- Lead attorney for $578 million loan agreement between Marathon Oil Corporation and Norwegian export finance governmental agency.
- Lead attorney for redemption of exchangeable shares of Canadian subsidiary
- Assisted with $3.7 billion acquisition of Ashland's minority interest in Marathon subsidiary
- Assisted with $6.2 billion acquisition of Western Oil Sands, Inc.
- Coordinator of corporate policy committee.

**2000 – 3/2004**     **Vinson & Elkins, L.L.P.**     Houston, TX
*Associate, Corporate, Finance & Securities Section*
- Represented independent energy company in connection with $150 million Rule 144A debt offering and $150 million public offering of common stock.
- Represented homebuilding company in connection with $350 million Rule 144A debt offering.
- Represented homebuilding company in connection with disposition of certain subsidiaries for $41 million and the assumption of $75 million of intercompany debt.
- Represented underwriters in connection with $1 billion initial public offering of equity securities for pipeline company.
- Represented independent oil & gas company in the disposition of coal seam gas gathering and treating facilities for $444 million.
- Represented Fortune 100 integrated natural gas and electricity company in connection with the disposition of an intrastate natural gas pipeline subsidiary for $726.6 million.
- Advised clients with respect to compliance with disclosure and reporting obligations and securities issues that arise in connection with employee benefit plans and corporate governance matters.

**1998 - 2000**     **Bracewell & Patterson, L.L.P.**     Houston, TX
*Associate, Real Estate, Energy & Finance Section*

Exhibit 1

- Structured and negotiated contracts regarding the purchase and sale of oil and gas producing properties and their financing for a Fortune 100 integrated natural gas and electricity company.
- Represented Fortune 100 integrated natural gas and electricity company in the creation of limited liability companies, limited partnerships and general partnerships for the exploration and development of energy projects.
- Represented independent energy company in the purchase of oil and gas interests, gas processing and treatment plant and natural gas pipeline.
- Represented Fortune 100 integrated natural gas and electricity company in the negotiations of GISB natural gas/power contracts.
- Drafted promissory notes for small business clients.
- Represented school district in connection with purchases and sales of improved and unimproved real property.
- Represented borrowers in connection with secured and unsecured credit transactions including term loans.

## Education

### The University of Houston Law Center
*Jurisprudence Doctorate* (December 1997)
- American Jurisprudence Award for Highest Grade in Electric Industry Law & Policy
- American Jurisprudence Award for Highest Grade in Natural Gas Marketing
- American Jurisprudence Award for Highest Grade in Torts I

### The University of Texas at Austin
*Master of Business Administration* (December 1991)
Dual Concentration: Marketing & Management
- Consortium for Graduate Study in Management Fellowship
- Dean's List - Fall 1990 & Spring 1991

### Rice University
*Bachelor of Arts, Managerial Studies* (May 1989)

## Bar Admissions

- State Bar of Texas
- United States District Court, Southern District of Texas

## Activities (Current or Former Member) and Affiliations

- American Bar Association
- Houston Bar Association
- Houston Young Lawyers Association
- National Bar Association
- Publication: Co-author, *Letters of Credit - Revised Article 5 of the Uniform Commercial Code*: (CLE Seminar)

# GENEVIEVE B. ESTRADA

1776 Yorktown, Suite 570  Phone: (713) 528-4455
Houston, Texas 77056  Fax: (713) 528-2047

## CURRENT EMPLOYMENT

**WILLS LAW FIRM, PLLC**  Houston, Texas
*Associate,* May 2013 – Present

Responsible for a variety of complex litigation matters with an emphasis on wage and hour litigation.

## PAST LEGAL EXPERIENCE

**WILLS LAW FIRM, PLLC**  Houston, Texas
*Law Clerk,* October 2012 – May 2013

Assisted staff attorneys by completing various legal research projects and preparing legal memoranda on a multitude of wage and hour issues.

## EDUCATION

### J.D., TEXAS SOUTHERN UNIVERSITY, THURGOOD MARSHALL SCHOOL OF LAW, 2013

*Honors*: Graduated Summa Cum Laude; Deans Merit Scholarship 2011-2013; 2013 Association of Corporate Counsel Scholarship Recipient; Law Review Senior Staff Member; Second Place in the Prescott Woods Negotiations Competition; CALI Award for the highest achievement in the study of Contracts, Torts, Tax, and Family Law.

### B.A., SOCIOLOGY, UNIVERSITY OF TEXAS AT AUSTIN, 2007

*Honors:* University of Texas at Austin Presidential Scholarship 2003-2004, LULAC Scholarship 2003-2004, Liberal Arts Honors Program 2003-2007.

## BAR ADMISSIONS

- State Bar of Texas
- United States District Court, Southern District of Texas

# EXHIBIT 2

## to

## Declaration of Rhonda H. Wills

**WILLS LAW FIRM, PLLC**
1776 Yorktown, Suite 570
Houston, Texas 77056
Phone (713) 528-4455  Fax (713) 528-2047

# ITEMIZED CASE EXPENSES

DATE: JANUARY 15, 2014

**RE:**
*David Fernandez, et al. v. Wells Fargo Bank, N.A., et al.*
*Joseph Scutts, et al. v. Wachovia Corporation, et al.*

| DESCRIPTION | AMOUNT |
|---|---:|
| Filing Fees | $700.00 |
| Pro Hac Vice Fees | $400.00 |
| Esquire Corporate Solutions (court reporting service)-Deposition of Jim Akasla | $1,103.75 |
| JAMS– Mediation Fees for Mediator Michael Young (first mediation-1/2 of plaintiffs' fee) | $3,125.00 |
| LexisNexis/PACER | $4,923.32 |
| Travel Expenses (for hearings, depositions, mediations) | $14,445.76 |
| Courier Expenses | $23.50 |
| FedEx Shipping | $817.67 |
| Faxes 185 @ $1.00/per page | $185.00 |
| Copies 6489 @ BW$0.15/Color$0.25 per page | $1,049.15 |
| Postage | $7.80 |
| Loan to Client (deducted from client's portion of recovery) | $1,483.47 |
| Technical assistance-Mediation PowerPoint Presentation | $2,000.00 |
| **TOTAL** | **$30,264.42$** |

# EXHIBIT 2